**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

             -against-

KAREEM ADAMS,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

             ORDER

    24 Crim. 365 (GBD)

GEORGE B. DANIELS, United States District Judge:

      An initial conference for this case is hereby scheduled for June 11, 2024 at 10:00 a.m.

Dated: June 10, 2024
      New York, New York

                               SO ORDERED.

                               GEORGE B. DANIELS
                               United States District Judge