**EPSTEIN SACKS PLLC**

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

August 5, 2024

Hon. George B. Daniels
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Filed on ECF

Re: *United States v. Kareem Adams*; 24 Cr. 365 (GBD); Request to Adjourn Status Conference on Consent

Dear Judge Daniels:

    We represent Kareem Adams pursuant to the Criminal Justice Act. Our next pretrial conference in this case is currently scheduled for this Thursday, August 8, 2024 at 10AM. We write to request a brief adjournment of that date. After the conference was set, undersigned counsel was ordered to appear at a sentencing hearing in front of Judge Carter that same morning and will need time to meet with that client beforehand. We have consulted with the Government, and they have no objection to this request for an adjournment. We have communicated with Your Honor's Chambers and understand that the Court is available to hold this conference on Tuesday September 3rd at 10AM, a date that works for both parties.

Respectfully submitted,

*Sarah M. Sacks*

**SO ORDERED.**

_____
**GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE**

**Dated: August 5, 2024**