

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 14, 2025

**By ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: JAN 1 5 2025

Re:   *United States v. Kareem Adams*, 24 Cr. 365 (GBD)

Dear Judge Daniels:

Earlier today, the Court adjourned the status conference scheduled for tomorrow, January 15, until January 28, 2025, after defense counsel reported that the defendant had fallen ill. (Dkt. No. 17). The Government respectfully requests that the Court exclude time under the Speedy Trial Act from January 15, 2025, through January 28, 2025, in light of the defendant's illness and because the defense requested the adjournment. *See* 18 U.S.C. § 3161(h)(7)(A). As noted in the defense's letter request, the defendant does not object to the exclusion of Speedy Trial time.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By: Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc:   Sarah Sacks, Esq. (by ECF)