# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

March 4, 2025

Hon. George B. Daniels
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Filed on ECF

Re: *United States v. Kareem Adams*; 24 Cr. 365 (GBD); Client's request for a Status Conference

Dear Judge Daniels:

     We represent Kareem Adams pursuant to the Criminal Justice Act. Since our last court date, Mr. Adams has asked that we contact the Court to schedule a status conference so that he can attend and address any issues he has with Your Honor. We understand from speaking to Your Chambers that the Court is available on April 1, 2025 at 11AM. This time works for both defense counsel and the Government. However, since April 1st is the same date that defense motions are due to be filed in this case, we ask that the motions schedule be adjourned by at least two weeks so that we can have the benefit of the conference before we file motions. The Government has no objection to this request. To the extent that there has not already been an exclusion of speedy trial time through the motions date, we consent to such an exclusion of time.

     Respectfully submitted,

*Sarah M. Sacks*