UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

                                            SCHEDULING ORDER

KAREEM ADAMS,                          24 Crim. 365 (GBD)

                            Defendant.:

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    A status conference is scheduled for April 1, 2025 at 11:00 a.m. Motions are due April 15, 2025. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until April 15, 2025.

SO ORDERED.

Dated:   March 5, 2025
             New York, New York

                                          *George B. Daniels*
                                          HONORABLE GEORGE B. DANIELS
                                            United States District Judge