UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
UNITED STATES OF AMERICA,            :
                                     :
     -against-                       :
                                     :     ORDER
                                     :
KAREEM ADAMS,                        :     24 Crim. 365 (GBD)
                                     :
                                     :
                         Defendant.: 
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Defendant has continuously refused to appear in court on four separate occasions since his initial arraignment on June 11, 2024. In the most recent instance, this Court scheduled a conference for April 2, 2025 at Defendant's request that he be produced from jail by the United States Marshals for a court appearance. Defendant then refused to be transported to appear at the April 2 conference. At that scheduled conference, Defendant's attorney indicated that she would be filing an application to be relieved.

On April 2, 2025, this Court received a letter from Defendant requesting to proceed pro se. On April 3, 2025, counsel for Defendant filed a letter under seal requesting that this Court appoint new counsel to represent Defendant.

Unless the Defendant personally appears in court on the next scheduled court date of May 14, 2025, both his attorney's application to be relieved and his application to proceed pro se will be denied. The case will continue to proceed in his voluntary absence. "A defendant who deliberately fails to appear in court does so voluntarily, and his absence can be considered a

knowing waiver." *United States v. Yannai*, 791 F.3d 226, 239 (2d Cir. 2015) (internal quotations omitted).

Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until Defendant voluntarily appears in court.

No pro se applications will be considered by the Court if the Defendant continues to refuse to appear.

SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                 HONORABLE GEORGE B. DANIELS
                                                 United States District Judge