# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

April 9, 2025

Hon. George B. Daniels
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Filed on ECF

Re: *United States v. Kareem Adams*; 24 Cr. 365 (GBD); Adjourn Motions Schedule

Dear Judge Daniels:

We are in receipt of the Court's order (ECF No. 22) instructing that Mr. Adams' motion to proceed *pro se* and our motion to be relieved will be denied until and unless Mr. Adams appears in Court at the next conference, currently scheduled for May 14, 2025. We will send a copy to Mr. Adams at the MDC and advise him accordingly.

Defense motions in this case are currently due on April 15, 2025. In light of Mr. Adams' express directive that he does not want us filing motions on behalf, we respectfully request that the Court adjourn the motions schedule in this case until after the May 14, 2025 conference.

Respectfully submitted,

*Sarah M. Sacks*

SO ORDERED.

*George B. Daniels*

Hon. George B. Daniels
April 9, 2025