UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,                :
                                         :
                                         :
    -against-                            :
                                         :         ORDER
                                         :
                                         :         24 Crim. 365 (GBD)
KAREEM ADAMS,                            :
                                         :
                                         :
                             Defendant.: 
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

A final pretrial conference is scheduled for June 25, 2025 at 10:00 a.m., at which time Defendant will be arraigned on the Superseding Indictment.

In light of the Defendant's previous absences from court and the pending motion schedule, time is excluded under the Speedy Trial Act through the August 4, 2025 trial date.

SO ORDERED.

Dated:   May 16, 2025
         New York, New York

                                    _____
                                    HONORABLE GEORGE B. DANIELS
                                    United States District Judge