

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2025

**By ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Kareem Adams*, 24 Cr. 365 (GBD)

Dear Judge Daniels:

    The parties believe that they have reached a disposition in this matter and respectfully request that the Court schedule a change-of-plea hearing. Based on communications with Chambers, the parties understand that the Court is available on Thursday, May 29, at 11 a.m., which is a time that is convenient for the parties.

                            Respectfully submitted,

                            JAY CLAYTON
                            United States Attorney for the
                            Southern District of New York

                    By: _____
                            Patrick R. Moroney
                            Assistant United States Attorney
                            (212) 637-2330

cc:    Sarah Sacks, Esq. (by ECF)

                            **SO ORDERED. Change-of-plea hearing set for June 10, 2025 at 10:00 a.m.**

                            _____
                            Hon. George B. Daniels
                            May 28, 2025