# EPSTEIN SACKS PLLC

### ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
#### NEW YORK, N.Y. 10013
#### (212) 684-1230
#### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 26, 2025

Hon. George B. Daniels
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

Filed on ECF                    **SEP 2 9 2025.**

SO ORDERED

The sentencing scheduled for October 8, 2025 is
adjourned to November 12, 2025 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *United States v. Kareem Adams*; 24 Cr. 365 (GBD); Request to Adjourn Sentencing

Dear Judge Daniels:

We represent Kareem Adams pursuant to the Criminal Justice Act. He is currently scheduled to be sentenced by the Court on October 8, 2025. We write to ask for an adjournment of approximately 30 days. Among other things, we need additional time to review the PSR with our client and to prepare our sentencing submission on his behalf. We have shared our intention to seek this adjournment with the Government and they have informed us that we have their consent.

Respectfully submitted,

*Sarah M. Sacks*